IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DONALD MADISON, RAKEYM WILLIAMS, and DWAIN SANDERS, | * |
| Plaintiffs, | * Case No. 5:13-CV-367-MTT |
| v. | * |
| Warden BEERY, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 1, 2013, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 2nd day of October, 2013.

Gregory J. Leonard, Clerk

s/ Amy N. Stapleton, Deputy Clerk